UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALAN NEWTON,

                                  Plaintiff,

        -against-

THE CITY OF NEW YORK, DISTRICT ATTORNEYS MARIO MEROLA AND ROBERT T. JOHNSON, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY, ANDREA FREUND AND VARIOUS JOHN/JANE DOES, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS EMPLOYEES OF THE CITY OF NEW YORK WHO ARE/WERE ASSISTANT DISTRICT ATTORNEYS WITHIN THE OFFICE OF THE DISTRICT ATTORNEY, COUNTY OF BRONX; DETECTIVE JOANNE NEWBERT, DETECTIVE PHILIP GALLIGAN, DETECTIVE [JOHN DOE] HARTFIELD, DETECTIVE [JOHN DOE] RYAN, DETECTIVE [JOHN DOE] HARRIS, POLICE OFFICER DOUGLAS LEHO, POLICE OFFICER WILLIAM SEAN O'TOOLE, LIEUTENANT MICHAEL SHEEHAN, SERGEANT PATRICK J. McGUIRE, POLICE OFFICER [JOHN DOE] HASKINS, POLICE OFFICER [JANE DOE] KIELY, INSPECTOR JACK TRABITZ AND VARIOUS JOHN/JANE DOES, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS EMPLOYEES OF THE CITY OF NEW YORK WHO ARE/WERE MEMBERS OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07-CV-6211 (SAS) (HBP)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                July 31, 2007

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendant
100 Church Street
New York, New York 10007
(212) 788-1599

By:           /s/
	Arthur G. Larkin (AL 9059)
	Assistant Corporation Counsel


TO:	THE LAW FIRM OF JOHN F. SCUTTY, P.C.
	*Attorneys for Plaintiff*
	445 Park Avenue, 9th Floor
	New York, New York 10022
	(212) 836-4796
	(By ECF)

07-CV-6211 (SAS) (HBP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN NEWTON,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 3-193*
*New York, N.Y. 10007*

*Of Counsel: Arthur G. Larkin*

*NYCLIS No. 2007-021009*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................, 200......*

*............................................................................... Esq.*

*Attorney for..............................................................*

3