# LAW OFFICE OF JOHN F. SCHUTTY, P.C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (212) 836-4796
Fax: (917) 322-2105
john@johnschutty.com

October 23, 2007

**VIA FACSIMILE – (212) 805-7920**

Hon. Shira Ann Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Alan Newton v. City of New York, et al.*
     Index No. 07-CV-6211 (SAS) (HBP)

RECEIVED CHAMBERS OF
OCT 23 2007
JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/07

Dear Judge Scheindlin:

I represent Plaintiff Alan Newton in the within action. I am writing to request that Your Honor adjourn the preliminary conference scheduled for noon tomorrow for a week or two. My adversary, Arthur Larkin, Esq., has graciously consented to the requested adjournment.

My father was diagnosed with lung cancer three weeks ago. He died last Thursday and was buried yesterday. As I have spent most of the last three weeks away from my office, I have been unable to confer with Mr. Larkin about a proposed Scheduling Order. An adjournment of a week or two will allow me to complete the latter task.

Mr. Larkin has advised that he is available on the following dates and times in early November for the conference: the 5th (all day), the 7th (all day), the 13th (all day), the 14th (after 11 a.m.), the 15th (before noon) and the 16th (all day). I am also free on those dates and at those times.

Respectfully submitted,

John F. Schutty
(JS 2173)

cc: Arthur G. Larkin, Esq. [via fax]

*[Handwritten order:]* The party's request to adjourn the preliminary conference is hereby granted. The conference is rescheduled for 4:30 p.m. on November 7, 2007. So ordered.

Shira A. Scheindlin, U.S.D.J.

Date: October 23, 2007