Case No. 07 CV 6211 (Scheindlin)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alan Newton,

           Plaintiff,

v.

The City of New York, *et al.*,

           Defendants.

# SUMMONS WITH PROOF OF SERVICE ON DEFENDANT FREUND

LAW OFFICE OF JOHN F. SCHUTTY P.C.
*Attorney for Plaintiff*
445 Park Avenue, 9th Floor
Borough of Manhattan
New York, New York 10022
(212) 836-4796

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ALAN NEWTON,

**SUMMONS IN A CIVIL CASE**

V.

THE CITY OF NEW YORK, et al.
(See Attached Rider "A" for list of other Defendants)

CASE NUMBER:

**07 CV 6211**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

The City of New York
c/o Comptroller of the City of New York
1 Centre Street
New York, NY 10007 (See Attached Rider "B" for list of other Defendants)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Schutty, Esq.
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUL 0 3 2007

DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: JOHN F. SCHUTTY, P.C.

ALAN NEWTON

                                        Plaintiff(s)

- against -

                Index # 07 CV 6211

THE CITY OF NEW YORK, ETAL.

                Purchased July 3, 2007

                                      Defendant(s)

                **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 9, 2007 at 01:20 PM at

IROM, WITTELS, FREUND, BERNE & SERRA, P.C.
349 EAST 149TH STREET
ROOM 712
BRONX, NY 10451

deponent served the within SUMMONS AND COMPLAINT on ANDREA FREUND, ESQ. therein named,

**SUITABLE AGE** — by delivering thereat a true copy of each to PEPRA PARRENO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 53 | 5'4 | 155 |

**MAILING** — Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

IROM, WITTELS, FREUND, BERNE & SERRA, P.C.
349 EAST 149TH STREET
ROOM 712
BRONX, NY 10451

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 10, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** — Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 10, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | WILLIAM MORRISON |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 870436 |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | Invoice #: 443782 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728