

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-193
NEW YORK, NY 10007

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

March 7, 2008

**BY FACSIMILE**

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007



Re: <u>Alan Newton v. City of New York, et al.</u>, 07-CV-6211 (SAS) (HBP)

Your Honor:

    We write <u>with plaintiff's consent</u> to request an additional three (3) business days, until Wednesday, March 12, to submit a proposed protective order for Your Honor's consideration. At a conference on Feb. 26, the Court resolved a number of issues concerning the protection to be afforded to certain documents to be produced in this case, pursuant to Rule 26(c), and directed the parties to submit a revised order by today. I was out ill on Monday and Tuesday of this week, however, and I understand that plaintiff's counsel is out of town and unavailable today. I have consulted with plaintiff's counsel about the proposed order this week, and our office also provided a sample police officer personnel file as Your Honor directed, so that plaintiff's counsel can evaluate whether he will agree to confidential treatment for personnel files. In short, both sides are continuing to work on proposed language in order to implement Your Honor's directives at the Feb. 26th conference, and accordingly, we request the brief extension as set forth above.

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

AGL/m

*[handwritten: Request granted. A proposed protective order must be submitted by March 12, 2008.]*

cc: John Schutty, Esq. (by facsimile)

*[handwritten: So Ordered / 3/7/08]*