UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK            X
--------------------------------------------------------

Newton

v.

City of NY

                                                         X
--------------------------------------------------------

USDC S...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6211 (SAS)()(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] Specific Non-Dispositive Motion/Dispute:*
    _Discovery_

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[X] Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         May 2, 2008

                                    _____
                                    United States District Judge