

**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-193
NEW YORK, NY 10007

**ARTHUR G. LARKIN**
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

May 13, 2008

**BY FACSIMILE**

5/13/08

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

Re:     Alan Newton v. City of New York, et al., 07-CV-6211 (SAS)

Your Honor:

We write to request an extension of one (1) week of the date by which defendants'
motion to dismiss the complaint pursuant to Rule 12(c) will be filed, from Friday, May 16, to
Friday, May 23, 2008. We also request an adjustment of the briefing schedule of the motion as
follows: Plaintiff's opposition due on June 6, and defendants' reply due on June 17, 2008.
Plaintiff consents to this request. The reason for this request is, among other things, that in
accordance with the Court's directive at the last conference, the parties are attempting to
schedule plaintiff Alan Newton's deposition by the end of the month, and have agreed to conduct
the deposition on May 29, as long as the briefing schedule for the motion is adjusted.

*Request granted but no
further adjournments.
Motion to be made no later then
AGL/m May 23; response by
cc:     John Schutty, Esq. (by facsimile) June 6 and
reply by June 17.
So Ordered:
USDJ
5/13/08*

Respectfully submitted,

Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel