UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ALAN NEWTON,

                                  Plaintiff,      **NOTICE OF MOTION**

      -against-                            07-CV-6211 (SAS)

THE CITY OF NEW YORK, et al.,

                                Defendant(s).

------------------------------------------------------------------------ X

       PLEASE TAKE NOTICE, that upon the annexed declaration of Arthur G. Larkin, Esq., dated May 23, 2008, the exhibits thereto, the memorandum of law submitted herewith, and upon all prior pleadings and proceedings had herein, defendants will move this Court, Hon. Shira A. Scheindlin, at the Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 12(c) granting judgment on the pleadings to defendants, and for such other and further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that answering papers are to be served so as to be received no later than June 6, 2008.

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                  City of New York
                                *Attorney for Defendants*
                                100 Church Street
                                New York, New York 10007
                                (212) 788-1599

                By:            /s/
                                Arthur G. Larkin (AL 9059)
                                Assistant Corporation Counsel

TO: THE LAW FIRM OF JOHN F. SCUTTY, P.C.
*Attorney for Plaintiff*
445 Park Avenue, 9th Floor
New York, New York 10022
(212) 836-4796
(By ECF)