# EXHIBIT K

████████ - People - Direct                163

number five from the lineup?

          THE COURT:   Before you go on to that, when

you say you picked out number five, the shade went up.

You looked and then did you say something to the police

officers?

          THE WITNESS:  I just looked.

Q     Did you tell them it is number five?

A     No, not right away.  I looked carefully.

Q     You looked carefully and then what happened?

A     I said it was number five but then I asked the

officer to ask them to say out a sentence that the guy

said to me.

Q     First you told them it was number five and you

wanted them to ask the men to say, repeat a sentence?

A     Yes.

Q     And then what happned after you asked the officer

to have the person in the lineup repeat a sentence?

A     Excuse me.  I didn't understand.

Q     You told the officers it is number five but I

would like them to repeat a sentence; is that correct?

A     Yes.

Q     And then what happened after that?

A     Then they said the sentence all of them.

Q     Each one said the sentence?

A     Yes.

Q     While you were looking at them?

A     Yes.

Q     Were they still seated?

A     No, they came up to the window.

Q     Each one came up to the window eventually?

A     Yes.

Q     And repeated the sentence?

A     Yes.

Q     First number one, then number two, number three, four, five?

A     Yes.

Q     Six?

A     Yes.

Q     And then after each one repeated the sentence that person went back and sat down?

A     Yes.

Q     The next one came up?

A     Yes.

Q     What if anything happened after all six men repeated that sentence, if anything?

A     I couldn't hear the voice of number five clearly and I asked her if he could say it louder so I could hear.

Q     Then what happened after that?

██████ n - People - Direct                         166

 A    After the last one said it I said, "I'm positive
it is him."

 Q    All six men repeated the sentence?

 A    No not all of them didn't repeat.

 Q    All of them initially came up and said the sentence,
all six came up?

 A    Yes.

 Q    Then you told the officer you couldn't hear
number five; is that correct?

 A    Yes.

 Q    And then what happened?  Did number five come
up again?

 A    No, he just said it louder.

 Q    From where he was seated?

 A    No at the window.

 Q    When number five came up?

 A    He seem like he was lowering his voice.

 Q    You asked -- he repeated, did he repeat it right
away before number six went or after number six went?

 A    After number six.

 Q    Number five was seated when number six said
it and number five came back to the window?

 A    He said it again.

 Q    What happened after that?

██████ - People - Direct                                    167

A    I told her I said, "I'm positive it is number five."

Q    Miss ██████ do you see the person that raped you in the courtroom today?

A    Yes, I do.

Q    Can you please indicate that person for the Court?

A    Sitting right there (indicating).

THE COURT:  Indicating the defendant.

Miss ██████ at the time of the lineup did there come a time when you were taken outside of the viewing room and the men came up to the door and repeated that sentence?

THE WITNESS:  No.  I wasn't taken out of the room until after the lineup.

THE COURT:  In other words whatever occurred while you were in the viewing room and the other six men were you in the lineup room?

THE WITNESS:  Yes.

THE COURT:  And there never was a time when you were taken out of the viewing room to stand in a hallway to listen to the six men repeat that sentence through a door?

THE WITNESS:  No.

██████ - People - Direct                              168

Q    Miss ██████ I will ask you a few more questions about the lineup.

You said that you picked a number, number five?

A    Yes.

Q    After you picked number five is that when each of the men repeated this sentence?

A    Excuse me?

Q    Okay.    After you selected number five from the lineup is that when you asked the detective to have them say this sentence?

A    (No response.)

Q    All right.

THE COURT:  Go back.  You looked in through the window.  You told the detective it was number five, but you wanted them to repeat the sentence; is that correct?

THE WITNESS:  Yes.

THE COURT:  They each, each man came up to the window and repeated the sentence.  Then you told the detective you didn't hear number five.  So number five came back up to the window and said it again; is that correct?

THE WITNESS:  I'm getting confused.

THE COURT:  Don't get confused.  Let's

1                    ▮▮▮▮▮ - People - Direct                    169

2          start again.

3               When you got to the lineup room, first

4          time they put you up on something so you could

5          see through the window?

6               THE WITNESS:  Yes.

7               THE COURT:  The window shade went up where

8          you looked and saw it.  You saw six men seated;

9          is that correct?

10              THE WITNESS:  Yes.

11              THE COURT:  Then you say you told the officer

12         you recognized number five?

13              THE WITNESS:  Yes.

14              THE COURT:  And then you asked the officer

15         to have each one of them repeat a sentence;

16         is that correct?

17              THE WITNESS:  Uh-huh.

18              THE COURT:  Number one came up to the window

19         and repeated and said that sentence?

20              THE WITNESS:  Yes.

21              THE COURT:  Then went back and sat down?

22              THE WITNESS:  Yes.

23              THE COURT:  Number two came up.  All six

24         came up and went back?

25              THE WITNESS:  Yes.

1                          ███████ - People - Direct                170

2          THE COURT:  And then you told the officer that

3     you couldn't hear number five?

4          THE WITNESS:  No -- yes, I did tell the officer

5     that because he lowered his voice.

6          THE COURT:  So number five came back to the window

7     and repeated the sentence?

8              THE WITNESS: Yes.

9              THE COURT:  And then you told the officer

10    you were sure it was number five?

11             THE WITNESS: Yes.

12    CONTINUED DIRECT EXAMINATION

13    BY MS. FREUND:

14        Q    Miss ███████, do you remember this man repeating

15    this sentence while they were seated, while they were all

16    seated?

17        A    I don't remember.

18        Q    Miss ███████ what if anything did you hear after

19    you were taken from the viewing room?

20             MR. SEGAL:  Objection to the form.

21             THE COURT:  If anything.

22        Q    What if anything, if anything did you hear after

23    you were taken from the viewing room?

24        A    Yes, I did hear something.

25             THE COURT:  What did you hear.

███████ - People - Direct                                    171

Q    What did you hear?

A    I heard the voice of a man.

Q    And where were you when you heard the voice of the man?

A    I was back in the detective's office.

THE COURT:   Did the detectives say anything to you after you identified number five as the one who assaulted you?

THE WITNESS:   No, they didn't.

THE COURT:   They asked you if you were sure?

THE WITNESS:   They asked me that before I left the room.   They said, "Are you sure."

THE COURT:   Did they ask you that after the voice identification or after the first identification?

THE WITNESS:   After the voice.

THE COURT:   Voice identification?

THE WITNESS:   Yes.

THE COURT:   You told them twice, told them number five but I want to hear him say the same sentence and after you heard the sentence you said, yes, I'm sure it is number five.

THE WITNESS:   Yes.

THE COURT:   And then you heard while you

███████ - People - Direct                                    172

heard while you were sitting in the detective's

office you heard tht voice again?

     THE WITNESS:  Yes.

     THE COURT:  Did you say anything to the officers

at that time?

     THE WITNESS:  No, I didn't.

Q   Miss ██████ I will ask you to remember back to

that Saturday morning, June 23rd, 1984.  When was the first

time that you saw the face of the man that raped you?

A   I was in the grocery store.

Q   What were you doing in the grocery store?

A   Me and a lady that runs the grocery store at night

we knew each other because I had worked across the street

from the grocery store and we knew each other and we were

just talking.

     THE COURT:  What was her name?

     THE WITNESS:  I didn't know her by name,

only through each other, by face.

Q   Did you make a purchase in that store?

A   Yes, I did.

Q   What did you purchase?

A   I purchased the can of beer.

Q   And where did you see the face of the man that

raped you in that store?

██████ - People - Cross                              193

1  a minute, two minutes, five minutes, ten minutes anything

2  like that?

3      A    I don't know, I wasn't counting.

4      Q    Okay, and what do you say?  Do you say anything

5  to the police after the shade goes up after a minutes,

6  whatever, no matter, it takes sometime, you see something.

7  What do the police say anything to you or do you say anything

8  to the police?

9          MS. FREUND:  Objection to the form.

10          THE COURT:  Do you understand the question?

11          THE WITNESS:  No.

12          THE COURT:  The shade went up.  You looked

13      through the window; right?

14          THE WITNESS:  Uh-huh.

15          THE COURT:  Next time anybody spoke was

16      that you or the officer?

17          THE WITNESS:  It was me.

18          THE COURT:  And you said number five?

19          THE WITNESS:  After everything, after the

20      lineup and I viewed the people carefully.

21          THE COURT:  You said it is number five.

22      I would like them to say a sentence?

23          THE WITNESS:  I said it was number five

24      but I said I want to be sure.  I want them to

**████████ - People - Cross**

1

2     say what the guy said to me.

3            THE COURT:  That is what you told the officers?

4            THE WITNESS:  Yes.

5     Q     You said to the officer you wanted to be sure?

6     A     Yes.

7     Q     Did that mean you weren't sure that it was number

8     five or somebody else you wanted to --

9            MS. FREUND:  Objection.

10           THE COURT:  Sustained.

11    Q     You told the police you wanted to be sure; is

12    that right?

13    Q     Did you have some question in your mind about

14    number five?

15           MS. FREUND: Objection.

16           THE  COURT:   Sustained.   That  goes  to  the

17    weight, not the Wade issue.

18           MR. SEGAL:  Very well, Judge.

19    Q     You  told  them  that  you  wanted  to  be  sure;  is

20    that right and you wanted them to say a sentence?

21    A     Yes.

22    Q     Now, each man came up to the window and said

23    a sentence; is that what happened?

24    A     Yes.

25    Q     And  then  you  said  to  the  police  something;  is

██████████ - People - Cross                                    195

that right?

 A Did I say something?

 Q Withdraw that.

 Let me ask you this way, each man walks up to the mirror?

 A Uh-huh.

 Q To the window and do they say, in what type of voice, soft voice, loud voice, what type voice?

 A A normal.

 Q A normal voice?

 A Yes.

 Q Did you at any time every say to the police I'd like to see the man's teeth, his mouth, tell them to open up his mouth?

 A No.

 Q Did you remember anything about the man's mouth who did this to you?

 A I remembered he had the moustache?

 Q Do you remember anything about his teeth?

 A No.

 Q About having bad teeth or his teeth were jaggered or anything like that?

 A No.

 Q Nothing at all like that?

█████████ - People - Cross                              196

A    Nothing at all.

Q    Each one of the men comes up to the mirror and they all say something; is that right?

A    Uh-huh.

Q    What happens after number six says something?

A    I look back into the mirror.

Q    And did you say anything to the police or did they say something to you?

A    They didn't say anything to me.  I looked back at the people again for maybe a half minute.

Q    Okay.

A    Then I say I say I'm sure that it is number five.

Q    Is that before number five came up the second time or is that after number five?.

A    After number five.  Then after number six.

THE COURT:  Didn't there come a time when you said number five spoke too low and you wanted number five to repeat?

THE WITNESS:  To say it where I could hear him.

THE COURT:  Just relax.  We want to get the sequence of events.

What Mr. Segal is asking you is what I asked you before, you picked out number five, told the

███████ - People - Cross                    197

officer you weren't sure.  You wanted them to repeat

a sentence; correct?

    THE WITNESS:  Yes.

    THE COURT:  And then the officer went inside,

whispered something to another officer?

    THE WITNESS:  Went outside.

    THE COURT:  You don't know what happened.

Then the men came up one at a time?

    THE WITNESS:  Yes.

    THE COURT:  Number one, two, three, four,

five and number six?

    THE WITNESS: Yes.

    THE COURT:  Did there then come a time when

you said I didn't hear number five.  I want to

hear it again?

    THE WITNESS:  I say could you ask him to speak

a little louder because I can't hear him.

    THE COURT:  Did you say him or did you say

all of them or just number five?

    Did you say them or just number five?

    THE WITNESS:  I couldn't hear them.

    THE COURT:  So they then repeated it?

    THE WITNESS:  Yes.

    THE COURT:  All six of them came back up to

1            ███████ - People - Cross                    198

2       the window?

3                THE WITNESS: Yes.

4       Q    Didn't you say earlier when the Judge asked you

5   those questions all six came up to the window?

6       A    Yes.

7       Q    And you said you couldn't hear number five?

8       A    Uh-huh.

9       Q    Then the police told number five --

10      A    Speak a little louder.

11      Q    To speak louder?

12      A    Yes.

13      Q    So number five came back up to the window?

14      A    He didn't come back up to the window.

15               THE COURT:   He said it twice while he was

16      at the window?

17               THE WITNESS:   Yes.   He didn't come back to

18      the window.

19      Q    So number five at the window said it twice?

20      A    Yes.

21      Q    In other words, number one said it once?

22      A    Everyone said it once.

23      Q    Wait a minute.   Number one came up to the window

24   and he only said it once; is that correct?

25      A    Only once.

█████ - People - Cross                                    199

Q    Number two said it how many times?

A    Once.

Q    Number three?

A    Like I'm saying everybody said it. Where I couldn't hear them when he got to the window seemed like he lowered his voice that he didn't want me to hear it.

THE COURT:  So you told the officer you couldn't hear number five?

THE WITNESS:  Yes.

THE COURT:  And number five repeated it?

THE WITNESS:  Yes.

THE COURT:  And then he went back sat down?

THE WITNESS:  Yes.

THE COURT:  Then number six came up?

THE WITNESS: Yes.

THE COURT:  And number six sat down?

THE WITNESS:  Yes.

THE COURT:  Everybody said it once except number five who said it twice?

THE WITNESS:  Yes.

Q    That was it after that?

A    That was it.  I went, left the room.

Q    You went out of the room at that time?

A    Yes.

# EXHIBIT L

Goldman - Defense - Direct                                    216

order.

THE COURT:  Fine.

MR. SEGAL:    I call Oscar Goldman to the
witness stand.

O S C A R   G O L D M A N,  called as a witness on behalf
of the defendant, having first been duly sworn,
testified as follows:

COURT OFFICER:    The witness gives his
name as Oscar G-o-l-d-m-a-n, resident of Bronx
County.

Please keep you voice loud and clear.

THE COURT:  All right, Mr. Segal.

DIRECT EXAMINATION

BY MR. SEGAL:

Q    Mr. Goldman let me show what is marked People's
Exhibit 5 which is in evidence and ask you do you recognize
that picture?

A    Yes.

Q    What do you recognize it as?

A    It is a lineup.

Q    Are you in the that picture?

A    Yes.

Q    What number are you?

A    Number one.

Goldman - Defense - Direct                217

Q    What I will ask you to do now is can you tell us, do you remember any of the facts that took place on the day that you had that lineup?

A    Well, it has been a long time because -- but I can remember that we was in the lineup and whoever the witness was wanted us to come up to the window.

THE COURT:    You don't that.    Did some officer tell you to go up to the window?

THE WITNESS:    Yes.

THE COURT:    You don't know if the witness wanted it?

THE WITNESS:    Usually --

THE COURT:    Don't tell me usually.    The officer said something to you.

THE WITNESS:    The officer told us one by one come up to the window and repeat something.

Q    And did you do that?

A    Yes.

Q    Do you remember what the officer asked you to repeat?

A    Something in the areas, I'm going to do something to you so you cannot identify me, bitch.

THE COURT:    "I'll fix you so you don't identify me, you bitch," something like that?

Goldman – Defense – Direct                    218

THE WITNESS:  Something to that effect.

Q    Now, Mr. Goldman, on that date did the police ask you to go in number one, two, three, four, five, six through the numbers each one number one to come up then number two, three, four and so on?

A    Yes.

Q    After you said it does number two go?

A    Yes.  Went in sequence.

Q    After six went what happened?

A    I can't remember.

Q    Do you remember if you did it a second time.?

A    No I can't remember.

Q    Do you remember if the police asked anyone in the lineup to come up separately up to the window and say it?

A    Do you mean just pick out a random number?

Q    Yes, say like a number three come up do it?

A    I can't remember.

Q    Or number four or number five?

THE COURT:  To the best of your recollection you each went up once and repeated this sentence?

THE WITNESS:  Yes.

THE COURT:  And then went back and sat

Goldman - Defense - Direct                          219

down?

THE WITNESS:  Yes.

THE  COURT:  Do  you  remember  if  anyone repeated the sentence twice?

THE  WITNESS:  It  is  possible  but  I  don't remember.

THE COURT:  To the best of your recollection you each said it once?

THE WITNESS:  Right.

Q    Can  you  tell  us  what  kind  of  voice  you  said it  in?   Did  the  police  tell  you  to  say  it  in any type of voice?

A    Said like in a low voice.

THE COURT:  A slow voice or low voice?

THE WITNESS: Deep voice.

THE COURT:  Deep voice or low voice?

THE WITNESS:  Like say it in mean tone.

Q    Is that what they told you?

A    Before  you  came  up  to  the  window  did  the  police ask  anything  of  the  six  of  you  to  come  up  to  the  window separately at any time?

A    Not to my knowledge.

Q    Did they have you sitting down -- withdrawn.

Had you ever been in lineups before?

1
2    A   Yes, plenty of them.

3    Q   Did the police tell you to take a number and

4 put it on your chest?

5    A   Held them down.

6    Q   Down by the legs?

7    A   Yes.

8    Q   Do you know when the shade goes up.

9    A   Can I interrupt?

10    Q   Yes.

11    A   Yes.

12    Q   When the shade went up here did the police

13 ask each man to stand, turn left and right or just tell

14 you to sit where you were?

15    A   Well, first we was sitting.  Then they requested

16 we each come up to the window by one side, or something

17 to that effect and say the words.

18    Q   That was the only time you ever got up or did

19 you get up any other time?

20    A   That is the only time I remember.

21    Q   After you got up?

22    A   Yes.

23    Q   By the way after the lineup was over did you

24 hear anybody in the precinct yelling or screaming or

25 anything like that?

1                    Goldman - Defense - Direct                    221

2    A    The guys they always be acting silly.

3    Q    The guys you were with?

4    A    In the lineup.

5    Q    Did you ever hear anybody yelling anything?

6    A    Like I said they be making jokes.

7    Q    You didn't hear anybody accused of the crime

8    yell something?

9    A    No.

10            THE COURT:  Did you go right out of the

11        lineup after the lineup was over?

12            THE WITNESS:  Went right out.

13            THE COURT:  Right out?

14            THE WITNESS:  Yes.

15            THE COURT:  All six of you or if one was

16        retained?

17            THE WITNESS:  I don't remember whether

18        all six.  I know I left.

19            THE COURT:  You left.  You don't know

20        what happened to the others?

21            THE WITNESS:  No.  Once we do that we

22        go about our own ways.

23    Q    One question, Judge.

24    Do you remember at any time a female police officer

25    coming into the room and saying everybody can leave except

Goldman - Defense - Direct                    222

1

2  number five?

3                     MS. FREUND:  Objection.

4                     THE COURT:  Overruled.

5             Do you remember that?

6                     THE WITNESS:  No.

7      Q    You don't?

8      A    No, I can't remember.

9      Q    Do you remember any female police officer coming

10  into the room and saying anybody -- to anybody in the

11  room --

12     A    I can't even remember it was a police woman

13  or a man.

14     Q    Did a man come in and say anything?

15                    MS. FREUND:  Objection asked and answered.

16                    THE COURT:  Says he doesn't remember.

17  There was a police officer in the lineup room

18  with you?

19                    THE WITNESS:  Yes, there's always be a

20  police officer.

21             MR. SEGAL:  Nothing further.

22             THE COURT:  Any cross examination?

23             MS. FREUND:  No, nothing.

24             THE COURT:  All right Mr. Goldman you're

25  excused.  Thank you very much for coming in.

Doe - Defense - Direct                                    223

1

2          (Witness excused.)

3          THE COURT:  Do you have another witness.

4          MR. SEGAL:  David Doe, Judge.

5    D A V I D    D O E,  called as a witness on behalf of

6         the Defendant, having first been duly sworn, testified

7         as follows:

8              COURT    OFFICER:    Witness    gives    his    name

9              as David D-o-e, resident of Bronx County.

10             THE COURT:  All right, Mr. Segal.

11   DIRECT EXAMINATION

12   BY MR. SEGAL:

13        Q    Mr. Doe, do you remember being in a lineup

14   sometime in June of 1984?

15        A    Yes.

16        Q    Do you remember where that lineup was?

17        A    48th Precinct.

18        Q    Do you go there a lot for lineups?

19        A    Yes.

20        Q    Let me show you a picture that is People's

21   5 in evidence and ask you do you recognize the picture?

22        A    Yes.

23        Q    What do you recognize it as?

24        A    Lineup.

25        Q    Are you in that picture?

Doe - Defense - Direct

1

2    A    Yes.

3    Q    What number are you?

4    A    Six.

5    Q    Do you remember the day that the lineup took

6    place?

7              THE    COURT:    Excuse me, Mr. Goldman is

8    here.  Does it matter?

9              MR. SEGAL:  Can he stay?

10             THE COURT:  All right.

11   Q    Do you remember any of the facts about the

12   lineup, how it happened, what took place anything like

13   that?

14   A    They told us to come to the window and say,

15   "Give me your money, you bitch."

16   Q    Let me start from the beginning.  There came

17   a time when the police came, got you to be a standin

18   in a lineup; right?

19   A    Yes.

20   Q    They bring you to the 48th Precinct?

21   A    Yes.

22   Q    And when they get you into the room what happens?

23   What do the police say to you when they get you into

24   the lineup at that time in June?

25   A    Told us to come to the window one at a time.

Doe - Defense - Direct                                225

THE COURT: First did you sit down at the chairs?

THE WITNESS: Yes.

THE COURT: And you held your number?

THE WITNESS: Yes.

THE COURT: And you saw the shades go up?

THE WITNESS: Yes.

THE COURT: Did anything happen after the shade went up?

THE WITNESS: Yes. Then the officer came in tells us to come one by one to the window and call out some names.

Q   Did you do that?

A   Yes.

Q   You were sitting next to number five?

A   Yes.

Q   You remember number five at any time being told to walk up to the window by himself?

A   No.

Q   Do you remember number four being told to do it?

A   No.

Q   How about number three?

Doe - Defense - Direct                                    226

A     No.

Q     Or two?

A     No.

Q     What about number one?

A     No.

Q     Do you remember anyone at anytime being told -- withdraw that.

When they told you to come and make the statement did you do it number one first and then number two, three, four, five?

A     One by one.

Q     One by one?

A     (Witness nodding head.)

Q     After you finished making the statement what happened next?

A     They just told us to go home.

Q     Do you remember any police officers coming in and saying I want it again?

A     They did it around two times.

Q     Do you remember it two times?

A     (Witness nodding head.)

Q     And do you remember walking up to the window two times?

A     Yes.

Doe - Defense - Direct                                    227

THE COURT:    All six of you walked up
to the window two times; is that correct?

THE WITNESS: Yes.

THE COURT:    But you don't recall any
one of you going up alone out of order?

THE WITNESS: No.

Q    You're sure of that as you sit here?

A    Yes.

Q    Do you remember at any time a police officer
coming in the room whether it be a man or woman and
saying to the six of you you can all go home but number
three or number four whatever number, one of you has
to stay?

A    They just kept the prisoner.

Q    Did you know who that was?

A    No.

THE COURT:    One of you was identified.
Do you remember that?

THE WITNESS: No.

THE COURT: You don't remember that?

THE WITNESS: No.

Q    Do you remember anyone, one of the six being
told to walk up to the window and open their mouth and
show their teeth?

1

2     A    Yes.

3     Q    Who do you remember being told that?

4     A    All of us.

5     Q    All of you?

6     A    Yes.

7     Q    Do you remember one being told alone to go

8  up and do it?

9     A    No.

10    Q    Are you sure of that?

11    A    Might have been one time.

12    Q    Are you sure?   We wanted to know that that

13  is why we're asking.

14    Are you sure?   What you're saying was it one person,

15  two people or whatever went up by themselves?

16    A    I think it was two.

17    Q    Do you remember any police officer -- withdrawn.

18    Did a police officer tell you to say those words,

19  bitch, about the money and all that?

20    A    Yes.

21    Q    Do you remember if it was a man or woman?

22    A    Man.

23    Q    Did you know that police officer from before?

24    A    No.

25    Q    You have in other lineups; haven't you?

Doe - Defense - Direct                           229

A    Yes.

Q    Do you remember this lineup for any special reasons?

A    Yes, it was different.

THE COURT:  What was different about this lineup?

THE WITNESS:  They told us to come up to the window.

Q    And repeat that sentence?

A    Yes.

MR. SEGAL:  Nothing further.

THE COURT:  Any cross examination?

MR. SEGAL:  One other.

Q    You don't remember anyone being told definitely to come up to that window and say anything?

A    One by one.

Q    It was all one by one?

A    Yes.

Q    Never one person and the rest of you sit back?

A    Yes, one person, and all of us be sitting down.

THE COURT:  Then he would go back and the next one would go up?

THE WITNESS:  Yes.

Doe - Defense - Direct                    230

MR. SEGAL:  Nothing further.

THE COURT:  Okay Mr. Doe.  You're excused.

Any others?

MR. SEGAL:  Could he just take the stand

again?

        (Whereupon the witness, David Doe, resumed

the witness stand.)

CONTINUED DIRECT EXAMINATION

BY MR. SEGAL:

    Q    Before you came here today, Mr. Doe, did you

speak to any police officer?

    A    No.

    Q    Did you speak to the District Attorney?

    A    No.

    Q    Did anybody tell you what to say before you

took this witness stand?

    A    No.

    Q    Anybody tell you anything about what you had

to do here today?

    A    Just told me I had to come testify.

    Q    That was it?

    A    Yes.

            MR. SEGAL:  Nothing further.

            THE COURT:  Anybody else?

```
1                    Doe - Defense - Direct                    231

2           MR. SEGAL:   That is all I have right

3    now, Judge.

4           THE COURT:   Any possibility of our getting

5    that other witness this afternoon?

6           MS. FREUND:   I am hoping there is that

7    possibility,   your   Honor.   I'm   not   waiting

8    to hear from the detective.

9           THE COURT:   If not I suggest we start

10   jury selection.

11          MR. SEGAL:   I will put the defendant

12   on.

13          THE COURT:   Okay.

14          The Court is recessed until two o'clock.

15          (Whereupon the Court took the luncheon

16   recess until 2:00 p.m.)

17   A F T E R N O O N   S E S S I O N

18          COURT   CLERK:   Continued Wade Hearing.

19   People of the State of New York versus Alan

20   Newton.   Please note on the record the presence

21   in the courtroom of counsel for the People,

22   defense counsel and the defendant.

23          THE COURT:   I understand the People's

24   other witness is not now available.   Is that

25   correct?
```