# SHANNON G. TURNER

**Evidence Consultant**
**223 Delafield**
**Richland, Washington 99352**
**509-946-2485 / mobile: 206-755-7215**
Shannon@focusonevidence.com

_____

# <u>CURRICULUM VITAE</u>

## <u>TRAINING:</u>

MANAGING PROPERTY & EVIDENCE, International Association of Property and Evidence (16 hours) 1996

DEATH INVESTIGATION, Snohomish County Medical Examiner's Office (24 hours) 1997

LEAF MARIHUANA IDENTIFICATION CERTIFICATION, Washington State Patrol Crime Lab (32 hours) 1997

FORENSIC EVIDENCE IN SEX OFFENSES, Washington State Patrol Crime Lab (8 hours) 1997

CRIME SCENE INVESTIGATION, Washington Criminal Justice Training Commission (40 hours) 1998

PRACTICAL HOMICIDE INVESTIGATION, P.H.I. Investigative Consultants (24 hours) 1999

CRIME SCENE VIDEOGRAPHY, Washington Criminal Justice Training Commission, (24 hours) 1999

POST-BLAST INVESTIGATIVE TECHNIQUES, Bureau of Alcohol, Tobacco & Firearms (32 hours) 2001

CLANDESTINE LAB OPERATIONS & SAFETY CERTIFICATION, CADRE, Inc. (40 hours) 2002

HOMICIDE INVESTIGATION, Washington Criminal Justice Training Commission (40 hours) 2002

FIREARMS TRAFFICKING & INVESTIGATION, Bureau of Alcohol, Tobacco & Firearms (24 hours) 2002

LATENT FINGERPRINT RECOVERY, Washington State Patrol Crime Lab (40 hours) 2002

MANAGING PROPERTY AND EVIDENCE, International Association of Property and Evidence (16 hours) 2003

CLENDESTINE LAB RECERTIFICATION, Washington State Patrol Crime Lab (8 hours) 2003

VIOLENT CRIME INVESTIGATION, Washington Criminal Justice Training Commission (24 hours) 2003

BLOODSTAIN PATTERN ANALYSIS, Daniel Christman, Association of Violent Crime Investigators (40 hours) 2003

MANAGING PROPERTY AND EVIDENCE, International Association of Property and Evidence (16 hours each)  (numerous locations) 2004 - 2009

## EXPERIENCE:

**CONSULTANT, EXPERT WITNESS**	**Focus on Evidence – Richland, WA (owner) (Business license pending) - 2009**

Consultation/Trainer**:**	Assessment of evidence management policies and procedures
Audit and inspection services
Evidence organization and storage methods
Instruction in general evidence management guidelines

**PROPERTY & EVIDENCE SPECIALIST**	**FileOnQ, Seattle, WA – 2004-2009**

Training**:** On-site training for evidence personnel, patrol officers, and special services division on EvidenceOnQ system. (See Applicable On-Site Experience)

Product Development**:** Provide input to FileOnQ development team regarding system features and functionality of EvidenceOnQ.

Product Marketing:    Participate in product marketing, writing marketing and training materials, attending professional conferences as a vendor for evidence management

**Curriculum Vitae – Shannon G. Turner** 2	2

**CRIME SPECIALIST/
EVIDENCE TECHNICIAN**                    **Pasco Police, Pasco, WA – 2001 – 2004**

Managed evidence division for PPD and Metro Drug Task Force. Processed crime scenes and search warrants; responsible for photography, locating and identifying evidence, diagramming, and evidence collection. Processed evidence for latent fingerprint recovery, detection of biological evidence, and coordination with state crime lab. Certified member of local Clandestine Lab Response Team.  Certified Expert Witness in Leaf Marihuana Identification; provided training for police officers in evidence collection and crime scene procedures.  Managed civil forfeiture cases. Implemented an automated evidence tracking system with barcode technology. Instructed at citizen and reserve academy.

**EVIDENCE TECHNICIAN**                    **Kennewick Police Department, Kennewick, WA 1994-2001**

Responsible for the custody and control of evidence recovered by the Kennewick Police Department. Processed major crime scenes and search warrants including photography, measuring, collecting, and packaging.  Provided fingerprinting for citizens, criminal suspects, and post mortem identification.   Collected evidence at autopsies. Certified Leaf Marihuana Identification Expert. Researched case disposition for release/destruction of evidence.

**JUVENILE VICTIM/WITNESS
COORDINATOR**                    **Benton County Prosecuting Attorney's Office 1984-1994**

Worked in divisions of the Prosecutor's Office including Juvenile Court, Superior Court Probation Violation, and Victim/Witness. Established position of Juvenile Court Victim/Witness Coordinator in 1985. Specialized in the advocacy of child sexual abuse victims and forensic interviewing. Worked with local police agencies in the investigation of child sex cases. Provided training for local law enforcement in child-interviewing techniques and child witness testimony.

## APPLICABLE ON-SITE EXPERIENCE:

Provided on site implementation and training of the EvidenceOnQ system for the evidence personnel and officers at the police department; provided assessment and reorganization of policies and procedures for evidence management.

### 2004 - present

- Pleasant Hill Police Department, Pleasant Hill, California
- Central Point Police Department, Central Point, Oregon
- Taylor County Sheriff's Office, Abilene, Texas
- Lummi Nation Tribal Police, Bellingham, Washington
- Littleton Police Department, Littleton, Colorado
- Milwaukie Police Department, Milwaukie, Oregon
- Oshkosh Police Department, Oshkosh, Wisconsin
- Waukesha Police Department, Waukesha, Wisconsin
- Maumelle Police Department, Maumelle, Arkansas
- Kitsap County Sheriff, Port Orchard, Washington
- Bremerton Police Department, Bremerton, Washington
- Klickitat County Sheriff, Goldendale, Washington
- Othello Police Department, Othello, Washington
- Blaine Police Department, Blaine, Washington
- Tigard Police Department, Tigard, Oregon
- Gresham Police Department, Gresham, Oregon
- Multnomah County Sheriff, Portland, Oregon
- Chico Police Department, Chico, California
- Monterey Police Department, Monterey, California
- Corona Police Department, Corona, California
- Oxnard Police Department, Oxnard, California
- Wyoming Highway Patrol, Cheyenne, Wyoming
- Nevada Department of Public Safety, Carson City, Nevada
- Englewood Police Department, Englewood, Colorado
- Grand Junction Police Department, Grand Junction, Colorado
- Greenwood Village Police Department, Greenwood Village, Colorado
- Lakewood Police Department, Lakewood, Colorado
- New Mexico Attorney General, Santa Fe, New Mexico
- Mesquite Police Department, Mesquite, Texas
- Killeen Police Department, Killeen, Texas
- LaPorte Police Department, LaPorte, Texas
- Odessa Police Department, Odessa, Texas
- Stafford County Sheriff, Virginia
- Sonoma County Sheriff, Santa Rosa, California
- McMinnville Police Department, McMinnville, Oregon
- Contra Costa County Sheriff, California

## NOTABLE PROJECTS/EXPERIENCE

**Arkansas Highway Police, Little Rock, Arkansas** -- Organized and supervised the physical move of the evidence inventory into a new evidence facility. Composed historical documentation for the move. Provided training for evidence personnel as well as supervisors from around the state for the EvidenceOnQ system.  (2005)

**Burbank Police Department, Burbank, California** – Provided training and recommendations during the upgrade of the EvidenceOnQ system to extend to sworn officers, reduce the paper and manual documentation of evidence management, and streamline the evidence disposition and purge process.  **(2008)**

**Covina Police Department, Covina, California –** Assisted the Covina Police Department during an external audit; provided guidance during a subsequent internal investigation to retrieve information from their existing EvidenceOnQ system.  Provided on site training, recommendations for new policies and procedures, and made modifications to the EvidenceOnQ system to streamline their evidence management.   (2008)

**Harris County Sheriff, Houston, Texas** -- Worked with Tiburon, Inc. to implement the EvidenceOnQ system as part of the CAD/RMS project for Harris County.  Provided on site assessment of evidence management needs prior to installation, made recommendations for hardware, software, and workflow, and acted as project manager for the implementation of EvidenceOnQ. Coordinated and provided training for property unit staff, 5 divisions, 8 constable precincts, and the firearms lab.  (2007)

**Atlanta Police Department, Atlanta, Georgia** – Provided on site assessment and analysis of current evidence management procedures, utilization of storage space, disposition methods, and efficiency. Prepared and presented a written recommendation and power point presentation to City of Atlanta Mayor's committee regarding immediate solutions, implementation of evidence management technology, and long range goals. (2006) Coordinated and facilitated on site implementation and training of EvidenceOnQ to 45 evidence unit staff and facilitated several sessions for field training officers. Provided procedure recommendations regarding disposition, purging, and special projects.  (2008)

**San Antonio Police Department, San Antonio, Texas** -- Provided on site consultation to the new Property & Evidence Supervisor.  Interviewed the evidence personnel individually to gain an understanding of workflow, challenges, and concerns. Made suggestions as to more convenient storage methods and procedures. Presented to the city command staff regarding the implementation of EvidenceOnQ and outlined the time savings and integrity associated with it. (2006).   Provided on site training for 18 property staff and facilitated 17 training sessions for sworn officers. (2007) Provided two days on site training and procedures recommendations for disposition review and purging property. Evaluated current use of EvidenceOnQ system and offered new procedures to reduce paperwork and increase productivity.  (2009)

**East Baton Rouge Parish Sheriff's Office, Baton Rouge**, **Louisiana** -- Assisted the evidence unit administration in the evaluation of evidence management systems. Provided numerous demonstrations to committees, administration, IT personnel, and district attorneys of the EvidenceOnQ system. Provided on site implementation and training of EvidenceOnQ for the evidence personnel. Conducted ten training sessions for over 150 deputies of the 1,100 sworn department.  (2005-2006)

**Hanover County Sheriff's Office, Hanover, Virginia** – Provided on site demonstration, implementation, and training of EvidenceOnQ for evidence management and officer equipment. Provided a solution to critical incident management as a result of their involvement with the D.C. Sniper Investigation. Provided on site implementation and training for the evidence personnel, supervisors, and administration at the sheriff's office. Facilitated a mock crime scene demonstration of the critical incident functionality for Hanover County and surrounding Virginia law enforcement agencies.   (2006)

**Metropolitan Police Department, Washington D.C**. – Provided on site training of the EvidenceOnQ system for the evidence control staff, division property officers, and mobile crime scene officers of the 4,000+ sworn police department. Established and wrote new procedures for intake, cataloging, transfers, chain of custody documentation, court evidence, purging, and narcotics handling. Providing ongoing consultation to establish a plan for inventorying 3 million items, purging old evidence, integrating with CAD and LIMS systems, and preparing for a move into a new facility.  (2009)

## KNOWLEDGE:

## PUBLICATIONS

***"10 Reasons to Use Barcode Technology in Evidence Management"***
The Evidence Log**,** International Association of Property & Evidence, Vol. 3, 2005.

***"Establishing the Business Case for Property and Evidence Management"***
The Evidence Log**,** International Association of Property & Evidence, April 2004

***"From Log Books to Bar Codes: The Technological Evolution of Evidence Management"***
Law Enforcement Technology, August 2004

*"Making a Case for Better Scene Management: **What the Hanover County Sheriff's Office learned from the D.C. sniper investigation"***
Law Enforcement Technology, March 2008.

***"Technology: The Key to Property & Evidence Management"***
Evidence Technology Magazine**,** July/August, 2004.

## PRESENTATIONS/APPEARANCES

- INVITED SPEAKER: Wisconsin Association of Identification, Madison, Wisconsin (*Implementing Technology for Evidence Management*) 2005 & 2006

- INVITED SPEAKER:  Arkansas Association of Property & Evidence, Little Rock, Arkansas *(Performing Internal Audits of the Property Room),* 2005 & 2006

- INVITED SPEAKER:  Arkansas Association of Property & Evidence, Little Rock, Arkansas *(Implementing Technology in Evidence Management),* 2005 & 2006

- INVITED SPEAKER: Hanford High School, Richland, WA (*Evidence in the Criminal Justice System*) 1996 – present

- INVITED SPEAKER:  Richland High School, Richland, WA, (*Evidence in the Criminal Justice System)* 2007 & 2009

- INVITED SPEAKER:  Pasco Police Citizen's Academy. *(Evidence and crime scene management)* 2001-2004

- INVITED SPEAKER: Kiona-Benton High School, Benton City, WA, (*Crime scene investigation, bloodstain pattern analysis, latent fingerprint recovery)* 2001- present

- INVITED SPEAKER: Pasco Chamber of Commerce.  2003

- INVITED SPEAKER:  Tri-Tech Vocational Skills Center, Kennewick, WA, (guest instructor & Skills USA judge) 1995 – 2002

- INVITED INSTRUCTOR: Tri-Cities local law enforcement reserve academy. *(Evidence Collection and Packaging)* 1995-2001
- INVITED SPEAKER: Kennewick Police Citizen's Academy. *(Evidence and Crime Scene Management)* 1995 – 2001

- INVITED SPEAKER:  River's Edge High School, Richland, WA, (Evidence in the Criminal Justice System) 2001

- INVITED INSTRUCTOR:  Connell Police Department, Connell, WA.  (*Evidence Collection and Packaging)* 1999

- INVITED SPEAKER:  Columbia Basin College, Pasco, WA (*Evidence in the Criminal Justice System)* 1996

- INVITED SPEAKER:  Washington Association of Prosecuting Attorneys, Bellevue, WA (*Child Victim Witness Interview and Testimony).*  1989

**Curriculum Vitae – Shannon G. Turner** 7                                          7