**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ALAN NEWTON,

                              Plaintiff,                                  07 **CIVIL** 6211 (SAS)

          -against-                                                      **JUDGMENT**

THE CITY OF NEW YORK, et al,
                              Defendant.
-------------------------------------------------------------X

A Jury Trial before the Honorable Shira A. Scheindlin, United States District Judge, having

begun on September 24, 2010, and at the conclusion of the trial, on October 19, 2010, the jury

having rendered a verdict in favor of the plaintiff against The City of New York in the amount of

$18,000,000.00, in favor of plaintiff against Jack Trabitz in the amount of $500,000.00, in favor

of plaintiff against Sergeant Patrick J. McGuire in the amount of $92,000.00, and in favor of

defendants' Kiely and Haskins' as to plaintiffs IIED claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment

in the sum of $18,000,000.00 as against The City of New York; $500,000.00 as against Jack J.

Trabitz ; $92,000.00 as against Sergeant Patrick J. McGuire; and judgment is entered in favor of

defendants Kiely and  Haskins' as to plaintiff's IIED claims.


**DATED:** New York, New York
               November 2, 2010


                                                                  **RUBY J. KRAJICK**

**So Ordered:**                                                       Clerk of Court

                                                          **BY:**

_____                               _____
U.S.D.J.                                                        Deputy Clerk