UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALAN NEWTON,

                Plaintiff,

      - against -

THE CITY OF NEW YORK; SERGEANT
PATRICK J. McGUIRE, POLICE OFFICER
STACY HASKINS, GERALDINE KIELY, AND
INSPECTOR JACK J. TRABITZ,
INDIVIDUALLY AND IN THEIR OFFICIAL
CAPACITIES AS EMPLOYEES OF THE
CITY OF NEW YORK,

                Defendants.
------------------------------------------------------------X

ORDER

07 Civ. 6211

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/10

SHIRA A. SCHEINDLIN, U.S.D.J.:

        A judgment in this case was entered on November 2, 2010. The parties have indicated that they will file post-trial motions. It is hereby

        ORDERED that defendants submit their post-trial motion and supporting briefs by November 30, 2010. Plaintiff's opposition papers are due by December 14, 2010. Defendants' reply papers, if any, are due by December 21, 2010.

        IT IS FURTHER ORDERED that Plaintiff's 42 U.S.C. § 1988 application for attorney's fees is due two weeks after entry of the order deciding

1

defendants' post-trial motions; defendants' opposition is due two weeks thereafter; and plaintiff's reply, if any, is due one week after defendants' opposition is filed.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           November 9, 2010